ASBURY APARTMENTS, JOINT VENTURE; RPS MANAGEMENT, APPELLEE,
*v.* DAYTON BOARD OF ZONING APPEALS ET AL., APPELLANTS.

[Cite as *Asbury Apts. v. Dayton Bd. of Zoning
Appeals* (1997), 77 Ohio St.3d 1229.]

(No. 95–2495—Submitted November 13, 1996 at the
Urbana Session—Decided January 15, 1997.)

---

*Gary L. Froelich,* for appellee.

*J. Anthony Sawyer,* Director of Law, and *Steven R. Milby,* Senior City
Attorney, for appellants Dayton Board of Zoning Appeals and city of Dayton.

---

Appellee challenged the constitutionality of Dayton Revised Code of General
Ordinances 150.128(E), but failed to serve the Attorney General pursuant to R.C.
2721.12. When a statute or municipal ordinance is challenged in a declaratory
judgment action, the failure to serve the Attorney General is a jurisdictional
defect that can be raised at any time; therefore, because the courts below lacked
jurisdiction, we vacate the judgments of the trial court and the court of appeals,
and we dismiss this appeal.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON,
JJ., concur.